UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x
JESSICA KARIM, on behalf of herself and
all others similarly situated,                                    Civil Action No.

                Plaintiff,                                    1:24-cv-2459


       -against-

L'AVIVA HOME, LLC,                                    **JOINT STIPULATION OF**
                                                      **DISMISSAL WITH PREJUDICE**
                Defendant.
───────────────────────────────x

Plaintiff, Jessica Karim, and Defendant, L'Aviva Home, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.


Dated: August 6, 2024


By: _/s/ Gabriel Levy_                                 By: _____

Gabriel A. Levy, Esq.                               Karla Del Pozo Garcia, Esq.
   *Attorney for Plaintiff*                           *Attorneys for Defendant*
Gabriel A. Levy, P.C.                               Dentons US LLP (NY)
1129 Northern Blvd, Ste 404               1221 Avenue of the Americas
Manhasset, NY 11030                              New York, NY 10020
T: 347-941-4715                                      T :  (212) 768-5328
Glevy@glpcfirm.com                              Karla.delpozogarcia@dentons.com